IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Bonner, Mary B | Case Number: 07 B 07587 |
| | Judge: Squires, John H |
| Printed: 01/06/09 | Filed: 4/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 31, 2008
Confirmed: July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,451.83 |
| Priority: | | 0.00 |
| Administrative: | | 3,611.50 |
| Trustee Fee: | | 336.67 |
| Other Funds: | | 0.00 |
| Totals: | 5,400.00 | 5,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 2,484.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,127.50 | 1,127.50 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 3,590.04 | 0.00 |
| 5. | CB USA | Unsecured | 5.50 | 7.02 |
| 6. | Peoples Energy Corp | Unsecured | 145.46 | 185.73 |
| 7. | RoundUp Funding LLC | Unsecured | 207.52 | 264.97 |
| 8. | Jefferson Capital | Unsecured | 712.18 | 909.39 |
| 9. | ECast Settlement Corp | Unsecured | 34.22 | 43.70 |
| 10. | Asset Acceptance | Unsecured | 32.13 | 41.02 |
| 11. | Collection | Unsecured | | No Claim Filed |
| 12. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 13. | Austin Bank of Chicago | Unsecured | | No Claim Filed |
| 14. | American General Finance | Unsecured | | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 16. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 8,338.55 | $ 5,063.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 84.75 |
| 6.5% | 58.50 |
| 6.6% | 193.42 |
| | $ 336.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bonner, Mary B

Printed: 01/06/09

Case Number:  07 B 07587
Judge:  Squires, John H
Filed:  4/26/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

